842

No. 75-6729. MEECE, AKA JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75-6730. WHITE v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 75-6731. PILLIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75-6732. BAKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75-6733. ESPARZA-NEVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75-6734. BRIGGS v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75-6735. TROWERY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75-6736. CARTER v. MASCO MECHANICAL CONTRACTORS, INC. C. A. 5th Cir. Certiorari denied.

No. 75-6738. OSBORNE v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 75-6739. TESAR v. ILLINOIS ATTORNEYS REGISTRATION COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 75-6740. DINKINS v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 75-6743. McCRANEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75-6745. STEVENSON v. BREWER, WARDEN. Sup. Ct. Iowa. Certiorari denied.